IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERNA PARINO, on behalf of herself and all others similarly situated,

    Plaintiff,

  v.

BIDRACK, INC., a Delaware corporation, and JOHN DOE DEFENDANT,

    Defendants.

No. C 11-03149 WHA

**ORDER ADVANCING HEARING ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

A motion for class certification and a motion to quash a Rule 68 offer of judgment are set for hearing on October 20, 2011. On October 11, defense counsel filed a motion for leave to withdraw as counsel of record, and noticed a hearing on this new motion for December 1. That hearing is **ADVANCED** from December 1 to October 20 so that the matter may be addressed at the motion hearing already scheduled. Defense counsel and a representative of defendant Bidrack, Inc. must attend the hearing. In the meantime, counsel are reminded of their continuing professional obligations as attorneys of record, regardless whether their client "is no longer in a position to fund its defense in this litigation" (Dkt. No. 45 at 2).

**IT IS SO ORDERED.**

Dated: October 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE