IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNA PARINO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIDRACK, INC., a Delaware corporation, and JOHN DOE DEFENDANT,<br><br>Defendants.<br>_____ / | No. C 11-03149 WHA<br><br>**ORDER DENYING PREMATURE MOTION FOR CLASS CERTIFICATION WITHOUT PREJUDICE** |

Plaintiff filed this purported class action in June 2011. Two months later, she filed a motion for class certification. The motion does not seek an immediate ruling but rather "requests that the Court . . . enter and reserve ruling" on the motion until after class discovery is completed and further briefing is submitted on the certification issue (Dkt. No. 25). Defendant opposes the motion (Dkt. No. 35).

By its own terms, plaintiff's motion for class certification is premature. The motion is **DENIED** without prejudice to filing a renewed motion for class certification at the appropriate time as will be set forth in the case management scheduling order.

**IT IS SO ORDERED.**

Dated: October 16, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE