## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: October 20, 2011   Total Hearing Time: 27 minutes

Case No. C11-03149 WHA

Title: PARINO v. BIDRACK INC

Plaintiff Attorney(s): Benjamin Richman

Defense Attorney(s): Blaine Kimrey

Deputy Clerk: Dawn Toland   Court Reporter: Joan Columbini

**PROCEEDINGS**

1) CMC - HELD

2) Motion to Withdraw as Attorney - Denied

Complete Initial Disclosures (Rule 26): 10/31/11

Last Day to Seek Leave to Add/Amend: 11/30/11

Last Day to File Class Certification Motion: 1/12/12

Discovery Cutoff: 4/30/12

Last Day to File Motion: 5/24/12


Continued to ___ for Further Case Management Conference

Continued to **6/11/12 at 2:00 pm** for Pretrial Conference

Continued to **6/18/12 at 7:30 am** for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to Magistrate Judge Corley for Mediation/Settlement Conference. Court will allow defense counsel to appear by phone at future proceedings.