IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERNA PARINO, on behalf of herself
and all others similarly situated,

    Plaintiff,

  v.

BIDRACK, INC., a Delaware corporation,
and JOHN DOE DEFENDANT,

    Defendants.
                              /

No. C 11-03149 WHA

**ORDER RE RENEWED MOTION TO WITHDRAW AS COUNSEL**

      A hearing is scheduled for **APRIL 26, 2012, AT 8:00 A.M.** on defendant BidRack counsel's renewed motion to withdraw. Because the outcome of this motion will affect BidRack's rights, counsel is directed to ensure that his client attends the hearing.

      **IT IS SO ORDERED.**

Dated: April 5, 2012.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE