IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERNA PARINO, on behalf of herself
and all others similarly situated,

    Plaintiff,

v.

BIDRACK, INC., a Delaware corporation,
and JOHN DOE DEFENDANT,

    Defendants.

No. C 11-03149 WHA

**ORDER RE MOTION HEARING**

    A hearing is scheduled for **APRIL 26, 2012, AT 8:00 A.M.** on counsel for defendant BidRack's renewed motion to withdraw. Counsel now informs the Court that he has been unsuccessful in contacting BidRack and, accordingly, BidRack is not expected to attend the scheduled hearing.

    Counsel for BidRack is directed to bring a sworn declaration detailing what attempts have been made to reach BidRack, and be prepared to answer questions under oath related to those attempts. Counsel is further directed to bring to the hearing all written materials memorializing those communication efforts.

    **IT IS SO ORDERED.**

Dated: April 25, 2012.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE