IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNA PARINO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BIDRACK INC., a Delaware corporation, and JOHN DOE DEFENDANT,<br><br>    Defendants.<br>                                      / | No. C 11-03149 WHA<br><br>**ORDER DENYING REQUEST TO APPEAR BY TELEPHONE** |

The Court hereby **DENIES** plaintiff's request to attend the hearing by telephone because the courtroom telephone equipment is just not conducive to holding hearings via same.

**IT IS SO ORDERED.**

Dated: April 25, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE