IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERNA PARINO,

    Plaintiff,

  v.

BIDRACK INC.,

    Defendant.

No. C 11-03149 WHA

**ORDER REGARDING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

The Court has received plaintiff counsel's motion for default judgment (Dkt. No. 69). The hearing on the order to show cause is rescheduled to July 12, to be heard at the same time as plaintiff's motion. Without addressing the merits of plaintiff's motion, the final pretrial conference and trial date are **VACATED**, but will be reset if necessary.

**IT IS SO ORDERED.**

Dated: June 6, 2012.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE